IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–03378–KMT

KRISTEN FOSTER,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "Unopposed Motion for Rule 35 Examination of Plaintiff with Vocational Rehabilitation Expert" (Doc. No. 26, filed July 15, 2015) is GRANTED. Pursuant to Fed. R. Civ. P. 35, Plaintiff shall submit to an examination with Vocational Rehabilitation Expert Patricia Anctil on July 30, 2015 at 1:00 PM at 19 E. Cimarron Street, Colorado Springs, Colorado 80903. The scope of the examination shall be limited to the impact of Plaintiff's physical condition on her vocational ability.

Dated: July 16, 2015