IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-03378-KMT

KRISTEN FOSTER,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant .

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS CLAIMS OF BAD FAITH BREACH OF CONTRACT AND VIOLATIONS OF C.R.S. §§ 10-3-1115 AND -1116 WITH PREJUDICE**

---

THIS MATTER, coming before the Court upon the Stipulated Motion to Dismiss Claims of Bad Faith Breach of Contract and Violations of C.R.S. §§ 10-3-1115 and -1116 with Prejudice (Doc. No. 30), executed by Plaintiff Kristen Foster, and by Defendant, American Family Mutual Insurance Company, and the Court having reviewed the Stipulation and being fully advised;

IT IS HEREBY ORDERED that Plaintiff's claims of Bad Faith Breach of Contract and Violations of C.R.S. §§ 10-3-1115 and -1116 against Defendant, American Standard Insurance Company, are hereby dismissed WITH PREJUDICE, each party to pay their own fees and costs.

DATED this 31st day of August, 2015.

                        BY THE COURT:

                        _____
                        Kathleen M. Tafoya
                        United States Magistrate Judge